UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Linda L. Diehl,

            Plaintiff,

vs.                                            Case No.  3:09-cv-1220-J-25MCR

Bank of America Corporation,

            Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Consent Motion to Seal Confidential Document (Doc. 85) filed November 29, 2010.  Plaintiff seeks to file under seal a document containing confidential information in support of her [Amended] Rule 37 Motion to Preclude Defendant from Using Information and Witnesses not Disclosed in Compliance with Rule 26(a) and (e), Fed.R.Civ.P. (Doc. 83).

Local Rule 1.09 of the Local Rules for the Middle District of Florida permits a paper to be filed under seal if the moving party provides: (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.  The Court will permit the sealing of the document containing confidential information in support of

Plaintiff's [Amended] Rule 37 Motion to Preclude Defendant from Using Information and Witnesses not Disclosed in Compliance with Rule 26(a) and (e), Fed.R.Civ.P. (Doc. 83), because Plaintiff has satisfied each of these requirements and because the Court finds there is a compelling interest in protecting the information and the sealing of these documents is narrowly tailored to that interest.  See Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992) (citing Wilson v. American Motors Corp., 759 F.2d 1568, 1571 (11th Cir. 1985)).  Additionally, Defendant does not oppose this request.  See (Doc. 85, p. 3).

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Consent Motion to Seal Confidential Document (Doc. 85) is **GRANTED**. Counsel shall contact the Clerk to make further arrangements.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  8th  day of December, 2010.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party