UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Linda L. Diehl,

                    Plaintiff,

vs.                                                    Case No.  3:09-cv-1220-J-25MCR

Bank of America Corporation,

                    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion to Seal

Confidential Document (Doc. 94) filed December 7, 2010.  Defendant seeks to file under

seal certain documents containing sensitive and private information in support of its

Motion for Summary Judgment (Doc. 91).

Local Rule 1.09 of the Local Rules for the Middle District of Florida permits a

paper to be filed under seal if the moving party provides: (i) an identification and

description of each item proposed for sealing; (ii) the reason that filing each item is

necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a

means other than sealing is unavailable or unsatisfactory to preserve the interest

advanced by the movant in support of the seal; (v) a statement of the proposed duration

of the seal; and (vi) a memorandum of legal authority supporting the seal.  The Court

will permit the sealing of documents containing sensitive and private information in

support of Defendant's Motion for Summary Judgment (Doc. 91), because Defendant

-1-

has satisfied each of these requirements and because the Court finds there is a compelling interest in protecting the information and the sealing of these documents is narrowly tailored to that interest.  <u>See</u> <u>Brown v. Advantage Engineering, Inc.</u>, 960 F.2d 1013, 1016 (11th Cir. 1992) (citing <u>Wilson v. American Motors Corp.</u>, 759 F.2d 1568, 1571 (11th Cir. 1985)).  Additionally, Plaintiff does not oppose this request.  <u>See</u> (Doc. 94, p. 3).

Accordingly, after due consideration, it is

**ORDERED**:

Defendant's Unopposed Motion to Seal Confidential Document (Doc. 94) is **GRANTED**.  Counsel shall contact the Clerk to make further arrangements.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  8th  day of December, 2010.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party