UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Linda L. Diehl,

        Plaintiff,

vs.                                          Case No.  3:09-cv-1220-J-25MCR

Bank of America Corporation,

        Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Consent Motion to Seal Confidential Document (Doc. 115) filed January 12, 2011.  Plaintiff seeks to file under seal two documents containing confidential information in support of her Response in Opposition to Defendant's Motion for Summary Judgment (Doc. 112).

Local Rule 1.09 of the Local Rules for the Middle District of Florida permits a paper to be filed under seal if the moving party provides: (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.  The Court will permit the sealing of the two documents containing confidential information in support of Plaintiff's Response in Opposition to Defendant's Motion for Summary

Judgment (Doc. 112), because Plaintiff has satisfied each of these requirements and because the Court finds there is a compelling interest in protecting the information and the sealing of these documents is narrowly tailored to that interest.  See Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992) (citing Wilson v. American Motors Corp., 759 F.2d 1568, 1571 (11th Cir. 1985)).  Additionally, Defendant does not oppose this request.  See (Doc. 115, p. 3).

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Consent Motion to Seal Confidential Document (Doc. 115) is **GRANTED**.  Counsel shall contact the Clerk to make further arrangements.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  14th  day of January, 2011.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party